**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.** |
| | : |
| **v.** | : |
| | : **VIOLATIONS:** |
| **DION MARCELLE DEAN,** | : |
| | : **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : **(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |

: **D.C. Code § 22-4503(a)(1)**
: **(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**

: **D.C. Code § 22-4514(a), (c)(1)**
: **(Possession of a Prohibited Weapon (Felony))**

: **FORFEITURE:**
: **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)**

## <u>I N D I C T M E N T</u>

The Grand Jury charges that:

### <u>COUNT ONE</u>

On or about March 24, 2026, within the District of Columbia, **DION MARCELLE DEAN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince Georges Circuit Court, Maryland, Criminal Case No. CT181052X and Prince Georges Circuit Court, Maryland, Criminal Case No. CT160688X, did

unlawfully and knowingly receive and possess ammunition, that is, .357 SIG caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 24, 2026, within the District of Columbia, **DION MARCELLE DEAN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince Georges Circuit Court, Maryland, Criminal Case No. CT181052X and Prince Georges Circuit Court, Maryland, Criminal Case No. CT160688X, owned, kept, and had within his possession and control, a firearm, that is a privately made firearm with a Glock 31 slide, .357 SIG caliber handgun.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 22, District of Columbia Code, Section 4503(a)(1))

## COUNT THREE

On or about March 24, 2026, within the District of Columbia, **DION MARCELLE DEAN**, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of Title 22, District of Columbia Code, Section 4514(a), (c)(1))

## FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or

used in the knowing commission of the offenses, including but not limited to a privately made firearm with a Glock 31 slide, .357 SIG caliber handgun, 15-round magazine, 40-round magazine, and .357 SIG ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Colleen D. Kukowski*
COLLEEN KUKOWSKI
Assistant United States Attorney

FOREPERSON.